# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151710

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                            SC: 151710
                                            COA: 325398

GLORIA LYNN COLUMBERT,
      Defendant-Appellant.
                                            Wayne CC: 11-009697

_____/

On order of the Court, the application for leave to appeal the April 8, 2015 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the order of the Court of Appeals and we REMAND this case to the Court of Appeals to reconsider whether the requirements set forth in MCR 7.105(B) are satisfied in light of the prison account statements received on March 16, 2015 and May 28, 2015; five copies of a motion to waive filing fee for the defendant's delayed application for leave to appeal dated January 10, 2015 received some time before March 4, 2015; and the register of actions dated May 5, 2015 received on May 28, 2015.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2016 _____


Clerk

s0120